United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIYAHNNA JOHNSON, et al.,

Plaintiffs,

v.

ALAMEDA COUNTY SOCIAL SERVICES AGENCY, et al.,

Defendants.

Case No. 26-cv-01920-TSH

**ORDER DIRECTING ISSUANCE OF SUMMONS AND FOR SERVICE**

On March 5, 2026, Plaintiff Aiyahnna Johnson initiated this lawsuit by filing a Complaint (ECF No. 1) and application to proceed *in forma pauperis* (ECF No. 2). On March 9, 2026, the Court screened the Complaint under 28 U.S.C. § 1915(e), identifying deficiencies and granting leave to amend. ECF No. 4. On March 27, 2026, Plaintiffs Aiyahnna Johnson and Kaveri Traylor filed a First Amended Complaint. ECF No. 7. On April 10, 2026, the Court granted Plaintiffs' *in forma pauperis* applications and screened the First Amended Complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 9. On May 7, 2026, Plaintiffs filed a Second Amended Complaint. ECF No. 13. On August 24, 2026, the Court screened the Second Amended Complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 14. On September 14, 2026, Plaintiffs filed a Third Amended Complaint. ECF No. 15.

The Court has engaged in a preliminary screening to ensure the amended complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, the

affidavit, and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: September 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California